SAMUEL W. TEAGUE, PLAINTIFF IN ERROR, VS. BRADLEY FERTILIZER COMPANY, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Lake county.

No appearance for Plantiff in Error.

*John G. Reardon*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error.

VIRGINIA R. TOWNSEND, WILLIAM H. KELLY, WILLIAM MOORE ANGUS AND JONATHAN C. GREELEY, APPELLANTS, VS. MATHEW JAMES MAHONEY AND WILLIAM PATRICK MAHONEY, APPELLEES.

Appeal from Circuit Court Duval county.

*Walker & L'Engle*, for Appellants.

*R. H. Liggett*, for Appellees.

The bill in this case was filed by the appellees against the appellants. There was decree for the complainants and the defendants appeal.

Appeal dismissed on motion of counsel for appellees.